In the Matter of Avon Western Corporation, Appellant, against Daniel P. Woolley, as Commissioner of Public Markets of the City of New York, et al., Respondents.

Submitted January 3, 1944; decided January 13, 1944.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: The petitioner appellant contended that section B36–83.0 of the Administrative Code of the City of New York (L. 1937, ch. 929) violates the provisions of the Fourteenth Amendment to the Constitution of the United States. This court held that the aforesaid provisions of the Administrative Code of the City of New York do not violate the Fourteenth Amendment to the Constitution of the United States. (See 291 N. Y. 687.)

Multiple Trading Corporation, Appellant, *v.* Demola Realty Corporation et al., Respondents, Impleaded with Others.

Submitted January 3, 1944; decided January 13, 1944.

Motion to amend the remittitur, to vacate the order of affirmance of the Court of Appeals, dated July 29, 1942, to relieve appellant of certain stipulations and for leave to appellant to apply to the courts below for any relief to which appellant deems itself entitled, denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 559.)